**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro Enrique MEDRANO–CRUZ,**
**Defendant–Appellant.**

No. 12–10046.

United States Court of Appeals,
Ninth Circuit.

Submitted June 10, 2013.*

Filed June 13, 2013.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Steven D. West, Steven D. West, P.C., Tucson, AZ, for Defendant–Appellant.

ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Pedro Enrique Medrano–Cruz, Anthony, TX, pro se.

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM ***

Pedro Enrique Medrano–Cruz appeals from the district court's judgment and challenges the 24–month sentence imposed upon revocation of supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Medrano–Cruz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Medrano–Cruz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Medrano–Cruz has waived his right to appeal the sentence imposed upon revocation of supervised release. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.